Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X  21 MC 100 (AKH)

JOHN CONROY (AND WIFE, PATRICIA                    Index No.:  07-CV-5121
CONROY),

                                                   **NOTICE OF ADOPTION OF ANSWER**
                           Plaintiff(s),           **TO MASTER COMPLAINT**

        -against-                                  **ELECTRONICALLY FILED**

A RUSSO WRECKING, *et al.*,

                           Defendant(s).
-------------------------------------------------------X

        PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys,

McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the

Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the

above-referenced action, hereby adopts its Answer to Master Complaint dated November 5,

2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site

Litigation*, 21 MC 100 (AKH).

        WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment

dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       November 8, 2007

                                   Yours etc.,

                                   McGIVNEY & KLUGER, P.C.
                                   Attorneys for Defendant
                                   PHILLIPS & JORDAN, INC.

                                   By: _____
                                      Richard E. Leff (RL-2123)
                                      80 Broad Street, 23rd Floor
                                   New York, New York 10004
                                   (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel